UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

HUDSON RESEARCH, INC.,

               Debtor.

------------------------------------------------------------x

CHAPTER 11

Case No. 07-22046 (RDD)

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Mark S. Tulis, Trustee of the estate of the above-captioned debtor, reports that the following dividends are unclaimed over 90 days from the date of issuance:

| CLAIMANT(S) NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Eric Davis<br>168 Babbit Road<br>Bedford, NY 10507 | $1,440.90 |
| UPS Corporate Headquarters<br>55 Glenlake Parkway, N.E.<br>Atlanta, GA 30328 | $33.91 |

    Trustee's check to your order in the sum of $1,474.81 is annexed, representing the total of the aforesaid unclaimed dividends.

Dated:    White Plains, New York
            May 17, 2010

                                    Respectfully submitted,

                                    _____
                                    Mark S. Tulis
                                    Chapter 11 Trustee