**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

                                                **CHAPTER 11**

**HUDSON RESEARCH, INC.,**

                                                **Case No. 07-22046 (RDD)**

                        **Debtor.**
-----------------------------------------------------------------X
                    <u>**CLOSING REPORT IN CHAPTER 11 CASE**</u>

To the best of my knowledge and belief, the following is a breakdown of disbursements in this case:

FEES AND EXPENSES (from case inception)

$ 12,395.00            FEES FOR ATTORNEYS FOR TRUSTEE

$329,490.34            OTHER PROFESSIONAL FEES AND ALL EXPENSES

_____

$ 28,258.21            TRUSTEE FEES

_____

<u>100</u>%   ($10,754.50)     DIVIDEND PAID TO PRIORITY CLAIMANTS

<u>14.41</u>% ($119,856.63)    DIVIDEND PAID TO GENERAL UNSECURED CLAIMANTS

<u>    0</u>%                FUTURE DIVIDENDS

_____

STEPS TAKEN TO CONSUMMATE PLAN:

<u>    X    </u>   Initial Distribution under the Plan completed on November 3, 2009

Dated: White Plains, New York
        September 20, 2010              Oxman Tulis Kirkpatrick Whyatt &
                                        Geiger LLP
                                        Attorneys for Trustee
                                        <u>/s/ Mark S. Tulis</u>
                                        By: Mark S. Tulis, Esq.
                                        120 Bloomingdale Road
                                        Suite 100
                                        White Plains, New York 10605
                                        (914) 422-3900
                                        *Email:* <u>*mtulis@oxmanlaw.com*</u>